DIANE J. HUMETEWA
United States Attorney
District of Arizona

REID C. PIXLER
Assistant United States Attorney
Arizona State Bar Number 12850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
reid.pixler@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>     v.<br><br>$93,110.00 in U.S. Currency,<br><br>          Defendant | CV-08-1499-PHX-LOA<br><br>**NOTICE OF PROPOSED JUDGMENT AND ORDER OF FORFEITURE** |

PLEASE TAKE NOTICE that the attached Judgment and Order of Forfeiture has been jointly drafted by both Counsel and approved as to form.

Respectfully submitted this 18th day of November, 2008.

                                    DIANE J. HUMETEWA
                                    United States Attorney
                                    District of Arizona

Attorney for Defendant              Attorney for Plaintiff

s/*Richard B. Jones*                s/*Reid C. Pixler*

RICHARD B. JONES                    REID C. PIXLER
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard B. Jones
273 S Scott Ave.
Tucson, AZ 85701
richard.b.jones@azbar.org
rick@tucsondefense.com

s/Regina Spurlock
Regina Spurlock