# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix Division

**CIV** __08__ / __1499__ / __MHB__          DATE: __February 29, 2012__
     Year   Case No   Initials

Title: __United States of America__ vs. __$93,110.00 in U.S. Currency__
         Plaintiff(s)                          Defendant(s)
==========================================================================

HON: __Michelle H. Burns__        Judge #__70BT/MHB__

     __K. Lara__                    __Candy Potter__
     Deputy Clerk                    Court Reporter

**APPEARANCES:**
Donald Conrad and Keith Vercauteren for the plaintiff.
Richard Jones for the claimant, with his client, Elsa Bernal.

==========================================================================
**PROCEEDINGS:**     __X__  **Open Court**   _____ **Chambers**   _____ **Other**

Proportionality Hearing held.

FOR THE CLAIMANT: Elsa Bernal is sworn and examined. 10:48 a.m. Court stands at recess.

11:05 a.m. Court reconvenes. Elsa Bernal continues testifying. The witness is excused. FOR THE PLAINTIFF: Dan Kelly is sworn and examined. 11:56 a.m. Court stands at recess.

1:15 p.m. Court reconvenes. Dan Kelly continues testifying. Plaintiff moves for admission of exhibit 6, with objection by the claimant. The Court admits Exhibit 6 in evidence subject to later showing of relevance. Exhibits 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 are admitted in evidence. 2:47 p.m. Court stands at recess.

3:02 p.m. Court reconvenes. Dan Kelly continues testifying. The Court finds that Mr. Kelly qualifies as an expert and the relevance of Exhibit 6 has been demonstrated and will be admitted in evidence. The witness is excused. Since no relevance has been shown as to Exhibit 18, it will be stricken and not admitted into evidence. 4:07 p.m. Court stands at recess until Thursday, March 22, 2012 at 9:00 AM for the parties to present oral argument re: Proportionality Hearing.

Time in court: __4 hours 40 mins.__