**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division


**CIV** __08__ / __1499__ / __MHB__       DATE:___March 22, 2012___
    Year   Case No  Initials


Title:___United States of America___ vs. __$93,110.00 in U.S. Currency__
          Plaintiff              Defendant
================================================================================


HON:__MICHELLE H. BURNS___      Judge # _70BT___


___Phylis Durbin___      ___Linda Schroeder-Willis___
    Deputy Clerk          Court ECR


**Attorney(s) for Plaintiff(s)**    **Attorney(s) for Claimant**


_Donald Conrad___      _Richard Jones___


================================================================================
**PROCEEDINGS:** __X__**Open Court**   ____**Chambers**   ____ **Other**

Also present at Claimant table is Elsa Bernal with the assistance of Spanish Interpreter Alejandra Torres.

Oral Argument re: Proportionality hearing held.  Order to follow.

Exhibits returned to counsel.  Exhibit Release Order signed.


_/ xx _/ Notice to Counsel

Time: 49 mins.


08.1499cv.mins